UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In Re:                                                  Chapter 13 Bankruptcy
JASON LOWMAN
JEANNA LOWMAN                            Case No. 16-20057-SVK

---

## NOTICE AND MOTION TO DISMISS - CONFIRMED PLAN

---

     NOTICE IS HEREBY GIVEN that the Chapter 13 Standing Trustee, Scott Lieske, pursuant to 11 U.S.C. § 1307 (c), does hereby move the Court for an Order dismissing this case, for cause, including;

*Failure to make payments as required by 11 U.S.C. § 1326.*

*Failure to provide the Chapter 13 Trustee with copies of the 2016 and 2017 income tax returns for Jason (only) and failure to pay the Office of the Chapter 13 Trustee one-half of the net 2016 and 2017 taxrefunds, if any.*

     **ANY OBJECTION TO THE RELIEF REQUESTED BY THIS MOTION SHOULD BE IN WRITING SPECIFYING LEGALLY SUFFICIENT GROUNDS WHY THE MOTION SHOULD NOT BE GRANTED AND SHOULD BE FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT, ROOM 126, U.S. COURTHOUSE, 517 EAST WISCONSIN AVENUE, MILWAUKEE, WISCONSIN 53202, WITHIN 21 DAYS OF THE DATE OF THE MAILING OF THIS NOTICE. SHOULD AN OBJECTION NOT BE IN COMPLIANCE WITH THESE REQUIREMENTS THE COURT MAY GRANT THE MOTION WITHOUT A HEARING. IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING RELIEF.**

     Dated December 20, 2018 at Milwaukee Wisconsin.

                                  /s/_____
                                  Scott Lieske, Chapter 13 Standing Trustee
                                  Robert W. Stack, Staff Attorney
                                  Christopher D. Schimke, Staff Attorney
                                  Sandra M. Baner, Staff Attorney
                                  P.O. Box 510920
                                  Milwaukee, WI 53203
                                  (414) 271-3943