UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

Case No.: 16-20057
Judge: Katherine M Perhach
Chapter: Chapter 7

In Re: Jason Lowman
Jeanna Lowman

# MOTION TO EXTEND THE DEADLINE TO FILE A REAFFIRMATION AGREEMENT AND DELAY THE DISCHARGE

NOW COME the Debtors, Mr. and Mrs. Jason and Jeanna Lowman (the "Debtors"), by and through their attorneys, Geraci Law, LLC, to present their MOTION TO EXTEND THE DEADLINE TO FILE A REAFFIRMATION AGREEMENT AND DELAY THE DISCHARGE, and state as follows:

1. Debtors request to extend the deadline to file a reaffirmation agreement to June 6, 2019 and to delay the discharge until after June 6, 2019.

2. Pursuant to Rule 4004(c)(2), on motion of the debtors, the court may defer the entry of an order granting a discharge for thirty days.

WHEREFORE, the Debtors, Mr. and Mrs. Jason and Jeanna Lowman, pray this Court enter an order:

1) Extending the deadline to file a reaffirmation agreement to June 6, 2019 and delaying the discharge until after June 6, 2019

2) Any other relief that this court deems just and proper.

Respectfully submitted and dated this Monday, May 06, 2019.

By: */s/ Abraham Pinon*

Abraham Pinon
Geraci Law LLC
2505 N. Mayfair Road, Suite 101,
Wauwatosa, WI 53226
Phone: (312)809-2983, ext 580 Fax: (877) 247-1960
Email: wal@geracilaw.com

Abraham Pinon
Attorney for Debtor
Bar #: 1058908

Abraham Pinon
Geraci Law LLC
2505 N. Mayfair Road, Suite 101,
Wauwatosa, WI 53226
Phone: (312)809-2983, ext 580 Fax: (877) 247-1960
Email:wal@geracilaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

Case No.: 16-20057
Judge: Katherine M Perhach
Chapter: Chapter 7

In Re: Jason Lowman
Jeanna Lowman

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Certificate of Service and a copy of the attached Motion to Extend the Deadline to File a Reaffirmation Agreement and Delay the Discharge were mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Milwaukee, WI on Monday, May 06, 2019:

Jason Lowman
Jeanna Lowman
2924 5 Mile Road
Racine, WI 53402

SEE ATTACHED LIST

Additionally, the documents referenced above were also served via electronic means on the following individuals on Monday, May 06, 2019:

United States Trustee
Eastern District of Wisconsin
517 E. Wisconsin Ave.
Milwaukee, WI 53202

Michael F Dubis
208 E Main St

Waterford, WI 5185

Dated this Monday, May 06, 2019.

By: /s/ Abraham Pinon
Abraham Pinon
Attorney of the Debtor
Bar #: 1058908

Abraham Pinon
Geraci Law LLC
2505 N. Mayfair Road, Suite 101,
Wauwatosa, WI 53226
Phone: (312)809-2983, ext 580 Fax: (877) 247-1960
Email: wal@geracilaw.com

Label Matrix for local noticing
0757-2
Case 16-20057-kmp
Eastern District of Wisconsin
Milwaukee
Mon May  6 18:18:33 CDT 2019

ACL Laboratories
c/o State Collection Service, Inc.
2509 S. Stoughton Rd.
PO Box 6250 Madison, WI 53716-3314

ALLY Financial
Bankruptcy Department
200 Renaissance Ctr.
Detroit, MI 48243-1300

Ally Capital
PO Box 130424
Roseville MN 55113-0004

American Hardware Mutual
Bankruptcy Dept.
471 East Broad St
Columbus, OH 43215-3852

Bank of America
Bankruptcy Dept
PO Box 53132
Phoenix, AZ 85072-3132

CAPITAL ONE, N.A.
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

CREDIT ACCEPTANCE
ATTN: BANKRUPTCY DEPT
25505 W. 12 MILE RD. SUITE # 3000
SOUTHFIELD, MI 48034-8331

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

CitiMortgage, Inc.
c/o Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841

AES/Suntrust
Attn: Bankruptcy Dept.
Po Box 61047
Harrisburg, PA 17106-1047

AMEX
Attn: Bankruptcy Dept.
Po Box 297871
Fort Lauderdale, FL 33329-7871

Altair OH XIII, LLC
Bankruptcy Dept.
2711 Centerville Rd Suite 400
Wilmington, DE 19808-1645

(p)AMERICOLLECT INC
PO BOX 2080
MANITOWOC WI 54221-2080

Barclays Bank Delaware
Bankruptcy Department
125 S. West St.
Wilmington, DE 19801-5014

COMENITY BANK/Bstonstr
Attn: Bankruptcy Dept.
3100 Easton Square Pl
Columbus, OH 43219-6232

Capital ONE NA
C/O Portfolio Recovery ASS
120 Corporate Blvd Ste 1
Norfolk, VA 23502-4952

Chase CARD
Attn: Bankruptcy Dept.
Po Box 15298
Wilmington, DE 19850-5298

Citibank N.A.
C/O Portfolio Recovery ASS
120 Corporate Blvd Ste 1
Norfolk, VA 23502-4952

ACL Laboratories
Billing
PO Box 27901
West Allis, WI 53227-0901

ALLY Financial
Attn: Bankruptcy Dept.
200 Renaissance Ctr
Detroit, MI 48243-1300

Alliance Collection AG
Attn: Bankruptcy Dept.
3916 S Business Park Ave
Marshfield, WI 54449-9029

American Express
Bankruptcy Dept
PO Box 981537
El Paso, TX 79998-1537

Aro Counseling
Bankruptcy Dept.
5678 West Brown Deer Rd
Milwaukee, WI 53223-2356

Bluestem Brands INC.
C/O Portfolio Recovery ASS
120 Corporate Blvd Ste 1
Norfolk, VA 23502-4952

COMENITY BANK/Limited
Attn: Bankruptcy Dept.
Po Box 182789
Columbus, OH 43218-2789

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CitiMortgage, Inc.
PO Box 6030
Sioux Falls, SD 57117-6030

Citimortgage INC
Attn: Bankruptcy Dept.
Po Box 9438
Gaithersburg, MD 20898-9438

| | | |
|---|---|---|
| Credit Acceptance<br>Attn: Bankruptcy Dept.<br>Po Box 513<br>Southfield, MI 48037-0513 | Credit Management CONT<br>Attn: Bankruptcy Dept.<br>Po Box 1654<br>Green Bay, WI 54305-1654 | Credit ONE BANK NA<br>Attn: Bankruptcy Dept.<br>Po Box 98875<br>Las Vegas, NV 89193-8875 |
| DEPT OF EDUCATION/NELN<br>Attn: Bankruptcy Dept.<br>121 S 13Th St<br>Lincoln, NE 68508-1904 | Eagle Collection<br>Bankruptcy Dept<br>749 W Wisconsin Ave<br>Pewaukee, WI 53072-2315 | Equifax<br>Attn: Bankruptcy Dept.<br>PO Box 740241<br>Atlanta, GA 30374-0241 |
| Experian<br>Attn: Bankruptcy Dept.<br>PO Box 2002<br>Allen, TX 75013-2002 | (p)FIRST HORIZON HOME LOANS<br>6363 N STATE HWY 161<br>SUITE 300<br>IRVING TX 75038-2231 | GE Capital Retail BANK<br>C/O Portfolio Recovery ASS<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 |
| Horizon Healthcare Inc<br>C/O Financial Recoveries, Inc. d/b/a OCR<br>P.O. Box 310<br>Fond du Lac, WI 54936-0310 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)LANDMARK CREDIT UNION<br>P O BOX 510870<br>NEW BERLIN WI 53151-0870 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Main Street Acquisition Corp<br>Bankruptcy Department<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | Main Street Acquisition Corp.<br>c o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| Med Health Financial Services<br>Bankruptcy Dept<br>9000 W Wisconsin Ave, Ste 604<br>Milwaukee, WI 53226-4874 | Merrick BANK<br>Attn: Bankruptcy Dept.<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Nelnet<br>College Assist<br>PO Box 16358<br>St Paul MN 55116-0358 |
| Nelnet Loans<br>Bankruptcy Department<br>6420 Southpoint Pkwy.<br>Jacksonville, FL 32216-0946 | OAK HARBOR CAPITAL VI, LLC<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Oak Harbor Capital III, LLC<br>Bankruptcy Dept.<br>2001 Western Avenue<br>Seattle, WA 98121-3132 |
| Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 | Oliver Adjustment Co.<br>Bankruptcy Dept.<br>3416 Roosevelt Rd<br>Kenosha, WI 53142-3937 | Oshkosh Collection<br>Bankruptcy Department<br>PO Box 192<br>Oshkosh, WI 54903-0192 |
| Oshkosh Collection & R<br>Attn: Bankruptcy Dept.<br>913 Oregon St<br>Oshkosh, WI 54902-6454 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group<br>Bankrputcy Department<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Rise Credit<br>Bankruptcy Dept.<br>4150 International Plaza<br>Suite 320<br>Benbrook, TX 76109-4819 |

```
SUNTRUST                          Shaw's Jeweler's                 State Collection Servi
c/o ECMC                          Bankruptcy Dept.                 Attn: Bankruptcy Dept.
PO BOX 16408                      Brookfield Square                2509 S Stoughton Rd
ST PAUL, MN 55116-0408            95 N. Moorland Rd.               Madison,WI 53716-3314
                                  Brookfield,WI 53005-6084


Strouse Law Office                TD/CBSD                          Target NB
Bankruptcy Dept.                  Bankruptcy Dept.                 Attn: Bankruptcy Dept.
413 N 2nd St #150                 PO Box 6003                      Po Box 673
Milwaukee,WI 53203-3113           Hagerstown,MD 21740              Minneapolis,MN 55440-0673


Transunion                        U.S. Department of Education CO Nelnet    US Department of Education c/o Nelnet
Attn: Bankruptcy Dept.            121 S 13th St, Suite 201                  121 South 13th Street, Suite 201
PO Box 1000                       Lincoln, NE 68508-1911                    Lincoln, NE 68508-1911
Chester,PA 19016-1000


(p)VILLAGE OF CALEDONIA           We Energies                      Why Not Lease It
5043 CHESTER LANE                 Attn Bankruptcy Dept. RM A130    Bankruptcy Dept
RACINE WI 53402-2414              333 W Everett St                 1750 Elm St
                                  Milwaukee WI 53203-2803          Suite 1200
                                                                   Manchester,NH 03104-2907


Wisconsin Bell                    Wisconsin Electric POW           eCAST Settlement Corporation
Bankruptcy Dept.                  Attn: Bankruptcy Dept.           PO Box 29262
722 N Broadway                    231 W Michigan St # A130         New York, NY 10087-9262
Milwaukee,WI 53202-4303           Milwaukee,WI 53203-2918


eCast Settlement Corp.            Andrew M. Golanowski             Felicia Petroff
Bankruptcy Department             Geraci Law, L.L.C.               Geraci Law L.L.C.
PO Box 35480                      55 E. Monroe St. Suite #3400     55 East Monroe St. Suite #3400
Newark,NJ 07193-5480              Chicago, IL 60603-5920           Chicago, IL 60603-5920


Jason Lowman                      Jeanna Lowman                    Kathryn Kay MacKenzie
2924 5 Mile Road                  2924 5 Mile Road                 Geraci Law L.L.C.
Racine, WI 53402-1677             Racine, WI 53402-1677            55 E. Monroe St. Suite #3400
                                                                   Chicago, IL 60603-5920


Michael Edward Holsen             Michael F. Dubis                 Robert Brynjelsen
Marinosci Law Group, P.C.         208 East Main Street             Geraci Law LLC
134 N. LaSalle Street             Waterford, WI 53185-4304         55 E. Monroe #3400
Suite 1900                                                         Chicago, IL 60603-5920
Chicago, IL 60602-1141
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Americollect INC                  Capital ONE BANK USA N           First Horizon HOME LOA
Attn: Bankruptcy Dept.            Attn: Bankruptcy Dept.           Attn: Bankruptcy Dept.
Po Box 1566                       15000 Capital One Dr             4000 Horizon Way
Manitowoc,WI 54221                Richmond,VA 23238                Irving,TX 75063
```

Landmark Credit Union
Bankruptcy Dept.
PO Box 510870
New Berlin, WI 53151

Portfolio Recovery Assoc.
Riverside Commerce Center
120 Corporate Blvd., Ste. 100
Norfolk, VA 23502

(d) Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Village of Caledonia
Bankruptcy Dept.
6922 Nicholson Rd
Caledonia, WI 53108

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d) Why Not Lease It
Bankruptcy Dept.
1750 Elm Street Suite 1200
Manchester, NH 03104-2907

End of Label Matrix
Mailable recipients   83
Bypassed recipients    1
Total                 84